IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOHN LYNCH AND DAXTON HARTSFIELD,<br>Individually and for<br>Others similarly situated,<br><br>    PLAINTIFFS,<br><br>v.<br><br>TESLA, INC.,<br><br>    DEFENDANT. | §<br>§<br>§<br>§<br>§  CASE NO. 1:22-CV-00597<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

  Pursuant to Fed. R. Civ. P. 7.1, Defendant Tesla, Inc. states that there are no parent corporations or publicly held companies that own 10% or more of Tesla Inc.'s stock.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/Robert E. Sheeder*
Robert E. Sheeder
Texas Bar No. 18174300
robert.sheeder@morganlewis.com
Clayton M. Davis
Texas Bar No. 24092323
clayton.davis@morganlewis.com
1717 Main Street, Suite 3200
Dallas, Texas 75201
Telephone: (214) 466-4000
Facsimile: (214) 466-4001

T. Cullen Wallace
State Bar No. 24072412
1000 Louisiana Street, Suite 4000
Houston, TX  77002
T:  713.890.5000
F:  713.890.5001
cullen.wallace@morganlewis.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July 2022, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/Robert E. Sheeder*
Robert E. Sheeder