# EXHIBIT B

*pamela@herrmannlaw.com*
Allison H. Luttrell
Texas Bar No. 24121294
*allison@herrmannlaw.com*
**HERRMANN LAW, PLLC**
801 Cherry St., Suite 2365
Fort Worth, TX 76102
Phone: 817-479-9229
Fax: 817-840-5102

-AND-

Harold L. Lichten, pro hac vice
*hlichten@llrlaw.com*
Shannon Liss-Riordan, pro hac vice
*sliss@llrlaw.com*
Thomas Fowler, pro hac vice
*tfowler@llrlaw.com*
Zachary Rubin, pro hac vice
*zrubin@llrlaw.com*
Matthew Patton, pro hac vice
*mpatton@llrlaw.com*
**LICHTEN & LISS-RIORDAN, P.C.**
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel. 617-994-5800
Fax: 617-994-5801

ATTORNEYS FOR PLAINTIFFS
AND CLASS MEMBERS

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2022 a true and accurate copy of the foregoing document was served on all counsel of record for Defendant via first-class mail.

/s/ *Drew N. Herrmann*
Drew N. Herrmann