IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN LYNCH, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:22-cv-597-RP |
| TESLA, INC., | § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

On this date, the Court adopted United States Magistrate Judge Susan Hightower's report and recommendation concerning Defendant Tesla, Inc.'s Motion to Dismiss and Compel Arbitration, (Dkt. 28). (R. & R., Dkt. 37). The Court's Order dismissed without prejudice Plaintiff John Lynch, et al.'s complaint.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on October 13, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE